570 A.2d 971

STATE OF NEW JERSEY v. EUGENE JOHNSON, JR.

October 31, 1989.

Petition for certification denied.   (See 235 *N.J.Super.* 547, 563 *A.*2d 851)

570 A.2d 971

STATE OF NEW JERSEY v. ANGELO GIACOMMARO.

October 31, 1989.

Petition for certification denied.

570 A.2d 971

STATE OF NEW JERSEY v. ALVARO GOMEZ.

October 31, 1989.

Petition for certification denied.

570 A.2d 971

ARLENE POPOVITCH (NOW HARNETT) v. FREDERICK E. POPOVITCH.

October 31, 1989.

Petition for certification denied.